United States Court of Appeals

For the First Circuit

____________________

Nos. 01-2272, 01-2524

MOUNA KANDY SUBOH, INDIVIDUALLY, AS ADMINISTRATIX OF THE ESTATE OF ISHAQ SUBOH, AND AS NEXT FRIEND OF HER MINOR DAUGHTER SOFIA KANDY,

Plaintiff, Appellee,

v.

DISTRICT ATTORNEY'S OFFICE OF THE SUFFOLK DISTRICT, MICHAEL N. MURPHY, CARL BORGIOLI,

Defendants, Appellants,

Defendants.

____________________

ERRATA SHEET
 

The opinion of this court, issued August 1, 2002, should be amended as follows:

p 18, line 2: change "the" to "a"

p 18, line 3: change "their" to "his or her"

p 27, line 1: change "acede" to "accede"